PROVIDED TO
HAMILTON CI ON JUL 01 2016
FOR MAILING omk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Case Number:** 16-14282-CIV-ROSENBERG/WHITE

FILED BY CGA
Deputy Clerk
Jul 5, 2016
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. Fort Pierce

OREN M. KEITH
(Write the full name of the plaintiff)

vs.

DEPARTMENT OF CHILDREN & FAMILIES;
DEVEREUX COMMUNITY BASED CARE CORP.
ERICA JONES ET, AL - FULL CAPACITY; INDIVIDUAL CAPACITY
BRIAN RAZIN ET, AL - FULL CAPACITY; INDIVIDUAL CAPACITY
SHARETTA WARD ET, AL - FULL CAPACITY; INDIVIDUAL CAPACITY
DIAMOND LEE ET, AL - FULL CAPACITY; INDIVIDUAL CAPACITY

(Write the full name of the defendant/s in this case)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Party Information

**A.** Plaintiff: OREN M. KEITH - 973744 - G-1108 LOW

Address: HAMILTON CORR. INST. MAIN UNIT
10650 S.W. 46TH ST.

Inmate/Prison No.: 973744 - G-1108 LOW

*Year* of Birth: 1970 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

**B.** Defendant: DEPT. OF CHILDREN & FAM. Defendant: DEVEREUX C B C

Official Position: ______ Official Position: CORPORATE OFFICE

Place of Employment: 337 N. US HWY 1 FORT PIERCE, FL 34950 Place of Employment: 10570 S. US HWY 1 PORT ST LUCIE FLA 34952 [redacted]

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants. )

cat / div 350 / FORT PIERCE
Case # 2:16CV14282
Judge ROSENBERG Mag WHITE
Motn Ifp ✓ Fee pd $ none
Receipt # none

CONT.

B) DEFENDANT: ERICA JONES

OFFICIAL POSITION: DEPENDENCY CASE MANAGER

PLACE OF EMPLOYMENT: DEVEREUX COMMUNITY BASED CARE

LAST KNOWN ADDRESS: 121 N 2ND ST SUITE 101 FT. PIERCE, FLA 34950

DEFENDANT: BRIAN RAZIN

OFFICIAL POSITION DEPENDENCY CASE MANAGER (LEAD)

PLACE OF EMPLOYMENT: DEVEREUX COMMUNITY BASED CARE

LAST KNOWN ADDRESS: 121 N. 2ND ST SUITE 101 FT. PIERCE, FLA 34950

DEFENDANT: SHARETTA WARD

OFFICIAL POSITION: DEPENDENCY CASE MANAGER

PLACE OF EMPLOYMENT: DEVEREUX COMMUNITY BASED CARE

LAST KNOWN ADDRESS: 121 N. 2ND ST. SUITE 101 FT. PIERCE, FLA 34950

DEFENDANT: DIAMOND LEE

OFFICIAL POSITION: DEPENDENCY CASE MANAGER

PLACE OF EMPLOYMENT: DEVEREUX COMMUNITY BASED CARE

LAST KNOWN ADDRESS: 121 N. 2ND ST SUITE 101 FT. PIERCE FLA. 34950

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

① THE PLAINTIFF WAS ARRESTED ON AUGUST 30, 2012 ON CHARGES INVOLVING HIS CHILDREN'S MOTHER. DEPARTMENT OF CHILDREN AND FAMILIES GOT INVOLVED PETITIONED THE TRIAL COURT FOR A CHAPTER 39 INJUNCTION, WHICH WAS GRANTED, ESTABLISHING AN ORDER FOR THE PETITIONER TO HAVE NO CONTACT WITH HIS CHILDREN. THE DEPARTMENT OF CHILDREN AND FAMILIES THEN, WITHOUT ANY HELP OR CONFERRING WITH THE PETITIONER, FORMULATED A CASE PLAN, WHILE AND DURING THE PETITIONER'S INCARCERATION. THE CASE PLAN WAS SIGNED AND ACCEPTED BY THE COURTS APPROXIMATELY 5 MONTHS AFTER THE PLAINTIFFS CHILDREN WERE

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

THE RELIEF REQUESTED BY THIS PLAINTIFF IS FOR THIS COURT TO REVERSE / OVERTURN THE DECISION OF THE LOWER COURT, THE ORDER BEING THE TERMINATION OF THE PLAINTIFFS PARENTAL RIGHTS; GIVE OR ISSUE AN ORDER TO THE DEFENDANTS TO FORWARD TO THE PLAINTIFF A COPY OF HIS FILE, A COPY OF ALL THE LETTERS THAT HE WROTE TO ALL OF THE DEPENDENCY CASE MANAGERS AND ALSO A COPY OF ALL THE LETTERS THAT THEY (ERICA JONES, BRIAN RAZZI, SHARETTA WARD, AND DIAMOND LEE) WROTE TO HIM.

II. STATEMENT OF CLAIM CONT. (A)

REMOVED FROM THE MOTHER, THE CASE PLAN HAVING A GOAL DATE OF AUGUST 2013, WITH THE GOAL BEING REUNIFICATION FOR THE PLAINTIFF AND HIS CHILDREN. (2) DEVEREUX COMMUNITY BASED CARE, WHICH FORMALLY WAS UNITED FOR FAMILIES BECAME INVOLVED TO ASSIST DEPARTMENT OF CHILDREN AND FAMILIES WITH PROVIDING THE SERVICES TO HELP THE PLAINTIFF COMPLY WITH THE TASKS OF HIS CASE PLAN. (3) ERICA JONES, BRIAN RAZIN, SHARETTA WARD AND DIAMOND LEE WERE ALL, AT ONE TIME, ASSIGNED TO THE PLAINTIFF'S CASE AS THE DEPENDENCY CASE MANAGERS (NOT ALL AT ONCE, AT SEPERATE TIMES). (4) THE PLAINTIFF STATES THAT AT NO TIME DURING THE PLAINTIFF'S CASE DID THE DEPARTMENT OF CHILDREN AND FAMILIES, DEVEREUX CBC, ERICA JONES, BRIAN RAZIN, SHARETTA WARD AND DIAMOND LEE ASSIST AND/OR HELP THE PLAINTIFF COMPLY WITH HIS CASE PLAN, NOR TRY TO REUNIFY THE PLAINTIFF WITH HIS CHILDREN. (5) THE PLAINTIFF REQUESTED HELP AND ASSISTANCE ON SEVERAL OCCASSIONS, THESE REQUESTS WEREN'T ACTED UPON.

(6) THE DEPARTMENT OF CHILDREN AND FAMILIES IN NO WAY TRIED TO REHABILITATE THE PLAINTIFF IN THIS CASE. THE DEPARTMENT OF CHILDREN AND FAMILIES MOVED / PETITIONED TO HAVE THE PLAINTIFF'S PARENTAL RIGHTS TERMINATED, WHICH THEY SUCCEEDED.

II STATEMENT OF CLAIM CONT. (3)

(7) THE PLAINTIFF REQUESTS THAT RELIEF SHOULD BE GRANTED BECAUSE NONE OF THE DEFENDANTS UPHELD THEIR RESPONSIBILITIES TO ANY OF A SIGNED AGREEMENT THAT WAS ACCEPTED BY THE COURTS. (8) THE DEFENDANTS DELEGATED OR DEFERRED THEIR RESPONSIBILITIES TO THE ST. LUCIE COUNTY JAIL AND DEPT. OF CORRECTIONS AND ARENT SUPPOSED TO. (9) THE DEFENDANTS USED THEIR OWN PETITION FOR AN INJUNCTION BUT FAILED TO MODIFY OR DISSOLVE THE INJUNCTION WHEN REUNIFICATION WAS INCLUDED IN THE PLAINTIFFS CASE PLAN.

(10) THE REQUIRED COMMUNICATION BETWEEN CASE MANAGERS AND PLAINTIFF WAS NOT UPHELD, WITH THE EXCEPTION OF DIAMOND LEE. (11) THE DEPARTMENT OF CHILDREN AND FAMILIES, DEVEREUX C.B.C NOR ANY OF THE DEVEREUX CASE MANAGERS PROPERLY, ACCURATELY, DID NOT EXERCISE "LEAST RESTRICTIVE MEANS."

(11) THE PLAINTIFF ALSO ASSERTS IN HIS REQUEST FOR RELIEF, WHY RELIEF SHOULD BE GRANTED, THE PLAINTIFF WAS GROSSLY DEPRIVED OF DUE PROCESS RIGHTS, EQUAL PROTECTION VIOLATIONS, SELECTIVE DISCRIMINATION, BIAS AND PREJUDICE.

(12) IN THEIR PETITION TO TERMINATE PARENTAL RIGHTS THE DEFENDANT USED GROUNDS, STATING GROUNDS THAT THE PLAINTIFF DID NOT COMPLY TO HIS CASE PLAN.

## II STATEMENT OF CLAIM CONT. (6)

(13) . THE DEFENDANT DEVEREUX COMMUNITY BASED CARE DID NOT UPHOLD THEIR RESPONSIBILITIES TO THE RIGHTS OF THE CONSUMER (PLAINTIFF) THAT IS AND ARE ANNOUNCED IN THEIR CONSUMER HANDBOOK, RESPONSIBILITIES THAT THEY STATE ARE ENSURED THE PLAINTIFF SEEKS RELIEF DUE TO THE NEGLECT, AND MALPRACTICE EXCERCISED TOWARDS THE PLAINTIFF, ALSO STATING VIOLATIONS OF DUE PROCESS, EQUAL PROTECTION AND SELECTIVE DISCRIMINATION.

III. RELIEF REQUESTED CONT. (A)

THE PLAINTIFF ALSO SEEKS RELIEF IN THE WAY OF BEING COMPENSATED $5,000,000.00 U.S. CURRENCY. THE PLAINTIFF REQUEST THAT HE BE AFFORDED TO EXCERCISE HIS RIGHTS TO / OF DUE PROCESS, HAVE EQUAL PROTECTION, NO EXCERCISING OF BIAS AND PREJUDICE, AND BE APPOINTED COMPETENT EFFECTIVE COUNSEL. THE PLAINTIFF SEEKS RELIEF ALSO IN THE FORM OF HAVING HIS PARENTAL RIGHTS RESTORED

______________________________________________________________

______________________________________________________________

**IV. Jury Demand**

Are you demanding a jury trial? _X_ Yes ____ No

Signed this __________ day of _____________, 20___

[signature]

Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: ______________________________

[signature]

Signature of Plaintiff

OREN KEITH - 977744 - G-1108 LOW
[redacted]

MAILED FROM
A STATE
CORRECTIONAL INSTITUTION

U.S. POSTAGE
ZIP 32052 $
02 1W
0001392362 JU

USMS INSPECTED
BY:

OFFICE OF THE CLERK OF COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
FORT PIERCE DIVISION
SECOND FLOOR U.S. COURTHOUSE & FEDERAL
300 SOUTH SIXTH STREET
FORT PIERCE, FLA. 34950

LEGAL MAIL